# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-08-1369-R                                    **DATE: DEC. 17, 2008**

**TITLE: WARNER BROTHERS RECORDS INC -V- JOHN DOE**
================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                                   Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JANUARY 5, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROOF OF SERVICE OF SUMMONS AND 1ST AMENDED COMPLAINT ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                     Initials of Deputy Clerk__WH___
**CIVIL - GEN**                           D-M